IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff CARMEN CORTEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN CORTEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, A/K/A HOUSING AUTHORITY OF MONTEREY COUNTY; MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION; MONTEREY COUNTY HOUSING, INC.; COAST & VALLEY PROPERTIES, INC.; ONE PARKSIDE, LP; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-2425-NW<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

CARMEN CORTEZ (hereinafter "Plaintiff") and Defendants THE HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, A/K/A HOUSING AUTHORITY OF MONTEREY COUNTY; MONTEREY COUNTY HOUSING, INC.; COAST & VALLEY PROPERTIES, INC.; (hereinafter collectively "Defendants") stipulate that that this action be dismissed in its entirety with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATION DISMISSING ACTION WITH PREJUDICE

Date: February 3, 2026

    */s/ Irakli Karbelashvili*
Irakli Karbelashvili
Attorneys for Plaintiff
CARMEN CORTEZ

Date:  February 9, 2026

    */s/ Mark J. D'Argenio*
Mark J. D'Argenio
Attorneys for Defendants THE HOUSING
AUTHORITY OF THE COUNTY OF MONTEREY
aka HOUSING AUTHORITY OF MONTEREY
COUNTY

Date:  February 3, 2026

    */s/ Jordan McCroskey*
Jordan McCroskey
Attorneys for Defendants MONTEREY COUNTY
HOUSING, INC. and COAST & VALLEY
PROPERTIES, INC.

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that I received the concurrence of the signatories in the filing of this document.

    */s/ Irakli Karbelshvili*
Irakli Karbelashvili

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Noël Wise

-2-
STIPULATION DISMISSING ACTION WITH PREJUDICE